

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2018

No. 04-18-00104-CV

Genny **HOULE**,
Appellant

v.

**ONETOUCHPOINT SOUTHWEST CORP.** dba Ginny's Printing and Christopher Woodall,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI05284
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

Panel:     Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

On May 2, 2018, this court dismissed this appeal for want of jurisdiction because the notice of appeal was not timely filed. On May 11, 2018, Appellant filed a "Request to Reconsider the Notice of Appeal as Timely Filed." We construe the document as a motion for rehearing. *See* TEX. R. APP. P. 49.1.

The panel has considered Appellant Genny Houle's motion for rehearing; the motion is DENIED. *See* TEX. R. APP. P. 49.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court